[No. 8,207.—In Bank.]
October 9, 1882.

## ISAAC R. HALL *v.* JOHN THEISEN ET AL.

DISSOLUTION OF INJUNCTION—ENJOINING SALE UNDER EXECUTION—SHERIFF'S TAX DEED—CERTIFICATE OF TAX SALE—CLOUD ON TITLE—PLEADING—EVIDENCE.

APPEAL by plaintiff from judgment of the Superior Court of El Dorado County. WILLIAMS, J.

Action to enjoin sale of real property under execution.

The facts are the same as in the case of *Hall* v. *Theisen et al.*, No. 7,347, *ante,* 524.

*D. L. Smoot* and *John H. Miller,* for Appellant.

*Thomas V. O'Brien, Jarboe & Harrison,* and *George G. Blanchard,* for Respondents.

The COURT:

This appeal is from the judgment. The case No. 7,347 is an appeal from the order dissolving the injunction. We have this day filed an opinion in the latter appeal. For the reasons given in that opinion, the judgment here appealed from is affirmed.